RICHTER *v.* JORDAN, recorder.

GRICE, Justice. 1. While mandamus will lie to compel performance of official acts where the duty to discharge them is clear, it will not lie to compel a general course of conduct and the performance of continuous duties. *Jackson* v. *Cochran,* 134 *Ga.* 396 (67 S. E. 825, 20 Ann. Cas. 219) ; *Bahnsen* v. *Young,* 159 *Ga.* 256 (125 S. E. 459) ; *Davis* v. *Arthur,* 139 *Ga.* 74 (76 S. E. 676).

2. Under the allegations of the petition in this case, the court did not err in denying the writ of mandamus.

*Judgment affirmed. All the Justices concur.*

No. 11901. NOVEMBER 13, 1937.

40

*George H. Richter,* for plaintiff.   *Hester & Clark,* for defendant.